IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WALTER L. GREEN; and
BETHANY GREEN                                                        PLAINTIFFS

    v.   Civil No. 13-5176

DETECTIVE TRAVIS LEE, Fayetteville
Police Department (FPD); SERGEANT DOMINIC
SWANSFIELD, FPD; GREG TABOR, Chief of FPD;
and DETECTIVE PHILLIP LEE                                            DEFENDANTS

**O R D E R**

  Now on this 11th day of September 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #5), filed on August 23, 2013, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

  **IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #5) is **adopted** *in toto*. Report and Recommendation, the plaintiff's application to proceed in forma pauperis is **denied**, and the complaint is **dismissed with prejudice.**

  IT IS SO ORDERED.

             /s/ Jimm Larry Hendren
             JIMM LARRY HENDREN
             UNITED STATES DISTRICT JUDGE